UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61665-CIV-SINGHAL/DAMIAN

Abdel Emir,

    Plaintiff,

v.

Data Stream Mobile Technologies, Inc.
and Sean Lee,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff Abdel Emir and Defendants Data Stream Mobile Technologies, Inc. and Sean Lee, by their respective undersigned counsel, hereby advise the Court that they have reached an amicable settlement of all claims. The Parties request ten (10) days to file appropriate dismissal papers with the Court.

Dated: November 15, 2022.

Respectfully submitted,

| | |
|---|---|
| **/s/ Julisse Jimenez** | **/s/ Wayne H. Schwartz** |
| Julisse Jimenez (FBN: 65387) | WAYNE H. SCHWARTZ (FBN: 907390) |
| E-mail: julisse@saenzanderson.com | schwartz@leeamlaw.com |
| SAENZ & ANDERSON, PLLC | Lee & Amtzis, P.L. |
| 20900 NE 30th Avenue, Ste. 800 | 5550 Glades Road, Suite 401 |
| Aventura, Florida 33180 | Boca Raton, FL 33431 |
| Telephone: (305) 503-5131 | Telephone: (561) 981-9988 |
| Facsimile: (888) 270-5549 | *Counsel for Defendants* |
| *Counsel for Plaintiff* | |

CASE NO. 22-61665-CIV-SINGHAL/DAMIAN

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Dated: November 15, 2022
       Boca Raton, Florida

_____
WAYNE H. SCHWARTZ (Bar No. 907390)
schwartz@leeamlaw.com
Lee & Amtzis, P.L.
5550 Glades Road, Suite 401
Boca Raton, FL  33431
Telephone:  (561) 981-9988
**Attorneys for Defendants**
**Data Stream Mobile Technologies, Inc.**
**and Sean Lee**

CASE NO. 22-61665-CIV-SINGHAL/DAMIAN

## SERVICE LIST

**Counsel for Plaintiff**
**Abdel Emir**

Saenz & Anderson, PLLC
Martin Saenz, Esq.
msaenz@saenzanderson.com
Julisse Jimenez, Esq.
julisse@saenzanderson.com
20900 N.E. 30th Ave., Ste. 800
Aventura, FL  33180