UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-61665-CIV-SINGHAL

ABDEL EMIR, and other similarly situated
individuals,

    Plaintiff,

v.

DATA STREAM MOBILE TECHNOLOGIES,
INC. and SEAN LEE,

    Defendants.
_____/

## ORDER APPROVING SETTLEMENT
## AND DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice (DE [24]). This Court considered the factors outlined in *Lynn's Food Stores* and the strengths of the parties' cases; the factual positions of the parties; the existence of documents supporting or corroborating the parties' positions; the extensive motion practice of the parties; and the parties' desire to resolve the dispute sooner, rather than later. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353–55 (11th Cir. 1982). Having carefully reviewed the record and the Settlement Agreement and General Release ("Settlement Agreement") (DE [24-1]), the Court finds the Settlement Agreement (DE [24-1]) represents a genuine compromise of a bona fide dispute. The Settlement Agreement (DE [24-1]) reflects a reasonable compromise of disputed issues and both parties have agreed to settle because of legitimate strategic and financial considerations. *See Lynn's Food Stores, Inc.*, 679 F.2d at 1354. This Court further finds the settlement

reached by the parties represents an equitable compromise by both sides and is fair and reasonable. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Joint Stipulation of Dismissal with Prejudice (DE [24]) is **GRANTED**.

2. The Settlement Agreement (DE [24-1]) between Plaintiff, ABDEL EMIR a/k/a ABDEL ELLEBEHIDI ZULUETA, and Defendants, DATA STREAM MOBILE TECHNOLOGIES, INC., and SEAN LEE, is **APPROVED** in its entirety.

3. This case is **DISMISSED WITH PREJUDICE**.

4. The Court retains jurisdiction to enforce the terms of the parties' Settlement Agreement (DE [24-1]).

5. The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

6. Furthermore, all deadlines are **TERMINATED**, and all hearings are **CANCELLED**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 18th day of November 2022.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF